RECEIVED
AUG 11 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRI L. MATTHEWS,<br>       Plaintiff | CIVIL ACTION NO. 13-CV-02303 |
| VERSUS | JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA,<br>       Defendant | MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

In so ruling, we note an obvious typographical error on page 5 of the Report and Recommendation, in line 5. There the Magistrate Judge erroneously said "culminated on October 12, 2012" when the proper one year computation would have made that date 2013. Nonetheless, the other commentary and reasoning is correct.

IT IS ORDERED that defendants' motion to dismiss (Doc. 11) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11TC day of August, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE