UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRI L. MATTHEWS,<br>    Plaintiff | CIVIL ACTION<br>NO. 1:13-CV-02303 |
| VERSUS | JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA,<br>    Defendant | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that City of Alexandria's motion to dismiss (Doc. 50) is GRANTED IN PART and Matthews' Section 1983 claims against the City of Alexandria are DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the City of Alexandria's motion to dismiss (Doc. 50) is DENIED as to Matthews' state law claims.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of December 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE